AYNE B MAJUL, Esq    State Bar #123604
Law Offices of Ayne B Majul
P O Box 1476
2720 East Plaza Blvd., Ste O
National City, CA 91951
Tel No. (619) 472-2200
FAX    (619) 472-2011

Attorney for Plaintiff: RAFAEL MAGSANOC

FILED

'07 OCT 29 PM 4:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MAGSANOC, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, Jr, <br><br> Defendant | Case No.: 07cv2046 <br> AMENDED <br> COMPLAINT FOR NEGLIGENCE |

PLAINTIFF RAFAEL MAGNASOC alleges:

1. Plaintiff is and was at all times here mentioned a citizen of the State of California.

2. On October 24, 2005, in a public highway Interstate 5 Northbound, in the City and County of San Diego, Defendant negligently drove a motor vehicle against Plaintiff who was then driving his motor vehicle on said highway.

3. As a result, Plaintiff lost control of his motor vehicle, zigzagging down an embankment to SR-163 Northbound transition Road, striking his chest on the steering wheel as his car came to a sudden stop, and when he stepped out of his vehicle to

catch the Defendant, he fell down because of shortness of breath, feeling pain on his right foot and hip, and he was taken by ambulance to Kaiser Permanente Hospital, suffering great pain of body and mind, specifically injuries of strain/sprain to his cervical, thoracic, and lumbar spine, and bilateral sacroiliac, left hip and chest contusion, wherein he incurred expenses for medical attention and hospitalization in the approximate sum of Four Thousand Five Hundred ($4,500.00) thousand dollars.

Wherefore Plaintiff demands judgement against Defendant in the sum of Fifteen Thousand ($15,000.00)  dollars and costs..

Date: October 22, 2007

*[signature]*
AYNE B MAJUL, Esq
Attorney for Plaintiff: RAFAEL MAGSANOC