Summons in a Civil Action (Rev 11/97)

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 29 PM 4:10

RAFAEL MAGSANOC

vs

*DEPARTMENT OF THE*
UNITED STATES NAVY, JAMES
DOYLE Jr.

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*AMENDED*

**SUMMONS IN A CIVIL ACTION**

Case No.

07 cv 2046

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

AYNE B MAJUL, Esq
P O Box 1476, 2720 East Plaza Blvd., Ste. O,
National City, CA 91951

An answer to the complaint which is herewith served upon you, within ___60___ 30 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

OCT 29 2007

_____          _____
W. Samuel Hamrick, Jr.                              DATE

CLERK

_____
By                      , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)