| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address): | Telephone No. | |
|---|---|---|
| Ayne B. Majul, Esq.<br>P.O. Box 1476<br>2720 E. Plaza Blvd., Ste. O<br>National City, CA 91951<br>Attorney for:   Plaintiff Rafael Magsanoc | 619/474-0074 | **FILED**<br>JUL 1 4 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

Name of Court:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Short Title of Case

MAGSANOC V. DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, JR.

| DECLARATION OF ATTEMPTED SERVICE (DUE DILIGENCE TO EFFECT PERSONAL SERVICE) | Date: | Time: | Dept/Div. | Case No.<br>07-CV-2046-H(POR) |
|---|---|---|---|---|

_____BRENDA J. WATTON_____ declares that she is and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the above-entitled action; that after due and diligent effort, she has been unable to effect personal service on defendant:

**DEPARTMENT OF THE UNITED STATES NAVY**

at the  (     ) BUSINESS ADDRESS:

(     ) HOME ADDRESS:

Multiple calls have been made to the United States Navy to coordinate a date and time for performing service of process, but the Department of the Navy has not supplied a date, time, and place for service and to date, service has not been effected.   Service is anticipated to occur within the next two weeks.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Brenda J. Watton
PACIFIC SOUTHWEST INVESTIGATION & SECURITY
1163 Broadway #214, El Cajon, CA 92021
619/280-7029

CA PI #20753

Date:   July 10, 2008

**DECLARATION OF ATTEMPTED SERVICE**