ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):

Ayne B. Majul, Esq.
P.O. Box 1476
2720 E. Plaza Blvd., Ste. O
National City, CA 91951
Attorney for:     Plaintiff Rafael Magsanoc

Telephone No.
619/474-0074

**FILED**

JUL 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Name of Court:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Short Title of Case

MAGSANOC V. DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, JR.

| **DECLARATION OF ATTEMPTED SERVICE** (DUE DILIGENCE TO EFFECT PERSONAL SERVICE) | Date: | Time: | Dept/Div. | Case No. 07-CV-2046-H(POR) |
|---|---|---|---|---|

_____BRENDA J. WATTON_____ declares that she is and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the above-entitled action; that after due and diligent effort, she has been unable to effect personal service on defendant:

**JAMES DOYLE, JR.**

at the  (     ) BUSINESS ADDRESS:

       ( X )  HOME ADDRESS:    1064 N. FIFTH STREET, PORT HUENEME, CA 93041

After performing locate services, copies of the Amended Summons and Amended Complaint for negligence were forwarded to Commercial Process Serving, 674 County Square Drive, Ventura, CA 93003, for service on the defendant, but to date, service has not been effected.   Service is anticipated to occur within the next two weeks.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Brenda J. Watton
PACIFIC SOUTHWEST INVESTIGATION & SECURITY
1163 Broadway #214, El Cajon, CA 92021
619/280-7029

CA PI #20753

Date:     July 10, 2008

**DECLARATION OF ATTEMPTED SERVICE**