KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MAGSANOC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, JR.<br><br>　　　　　Defendants. | Civil Case No. 07CV02046-H-POR<br><br>NOTICE OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT IN PLACE OF JAMES DOYLE, JR.<br><br>(28 U.S.C. § 2679) |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the United States of America, through its attorneys Karen P. Hewitt, United States Attorney, and Steve B. Chu Assistant U.S. Attorney, hereby notifies all parties and the Court, that by operation of law, to wit, 28 U.S.C. § 2679(d)(1), the United States of America has been substituted in place of James Doyle, Jr. as a defendant with regard to the Complaint filed by Plaintiff Rafael Magsanoc.  This substitution is based on the following:

　　1.　　James Doyle Jr. is sued herein for acts and omissions allegedly occurring while he acted within the scope of his federal employment.

　　2.　　The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671, et seq., as amended by Public Law No. 100-694 (28 U.S.C. § 2679), provides that a suit against the United

1  States under the FTCA shall be the exclusive remedy for persons with common law tort claims
2  allegedly resulting from the actions of federal employees taken with the scope of their
3  employment.
4    The FTCA, as amended, further provides that:
5    Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim
6    arose, any civil action or proceedings commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of
7    this title and all references thereto, and the United States shall be substituted as the party defendant.
8  
9  28 U.S.C. § 2679(d)(1).
10   As part of this notice, the Court is respectfully referred to the Certification of Scope of
    Employment filed concurrently with this notice.
11  
12  
13  DATED: August 12, 2008                                KAREN P. HEWITT
                                                          United States Attorney
14  
                                                          /s Steve B. Chu
15  
                                                          STEVE B. CHU
16                                                        Assistant U.S. Attorney
17                                                        Attorneys for all Federal Defendants