KAREN P. HEWITT
United States Attorney
STEVE B. CHU
Assistant U.S. Attorney
California Bar No. 221177
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-5682

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MAGSANOC,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, JR.<br><br>        Defendants. | Civil Case No. 07CV02046-H-POR<br><br>CERTIFICATION OF SCOPE OF EMPLOYMENT<br><br>(28 U.S.C. § 2679) |

      Pursuant to the provisions of 28 U.S.C. § 2679, and the authority vested in the United States Attorney to make scope of employment certifications under 28 C.F.R. § 15.3, as delegated to me by the United States Attorney, I hereby certify that I have read Plaintiff's Complaint filed by Rafael Magsanoc in the above-referenced action, as well as other documentation related to the case.

On the basis of information now available with respect to the matters referred to in the Plaintiff's Complaint I hereby find and certify that James Doyle, Jr. an individual defendant named in those pleadings, was acting within the scope of his federal employment at all times relevant to this case.

DATED: August 12, 2008

KAREN P. HEWITT
United States Attorney

*/s/ Tom Stahl*
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division

Attorneys for all Federal Defendants