1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for the United States of America

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11 RAFAEL MAGSANOC,                     )  Civil Case No. 07CV02046-H-POR
                                        )
12                 Plaintiff,           )
                                        )  CERTIFICATE OF SERVICE OF
13        v.                            )  ELECTRONIC FILING
                                        )
14 DEPARTMENT OF THE UNITED STATES      )
   NAVY, JAMES DOYLE, JR.               )
15                                      )
                                        )
16                 Defendants.          )
                                        )
17 _____)

18        IT IS HEREBY CERTIFIED that:

19        I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a

20 resident of San Diego County, California; my business address is 880 Front Street, San Diego,

21 California; I am not a party to the above-entitled action.

22        On **August 12, 2008,** I am causing service of the following (accompanying) documents:

23                        CERTIFICATION OF SCOPE OF EMPLOYMENT

24   NOTICE OF SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT
                         IN PLACE OF JAMES DOYLE, JR.
25
   EX PARTE APPLICATION FOR AN ORDER ESTABLISHING TIME FOR FEDERAL
26                    DEFENDANTS TO RESPOND TO COMPLAINT

27 on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court

28 using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which

filing and System results in electronic notification to said attorney of said filing.

  Additionally, I caused the same document to be deposited in the mail to the following person:

  Ayne Majul
  Law Offices of Ayne Majul
  PO Box 1476
  2720 East Plaza Boulevard
  Suite O
  National City, CA 91951

I declare under penalty of perjury that the foregoing is true and correct.

  Executed on this Day of **August 12, 2008**

                        s/ Steve B. Chu
                        STEVE B. CHU