1  KAREN P. HEWITT
   United States Attorney
2  STEVE B. CHU
   Assistant U.S. Attorney
3  California Bar No. 221177
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MAGSANOC, | Civil Case No. 07CV02046-H-POR |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE OF ELECTRONIC FILING |
| DEPARTMENT OF THE UNITED STATES NAVY, JAMES DOYLE, JR. | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Steve B. Chu, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action.

On **August 13, 2008,** I am causing service of the following (accompanying) documents:

EX PARTE APPLICATION FOR AN ORDER ESTABLISHING TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT

on Plaintiff, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System results in electronic notification to said attorney of said filing.

Additionally, I caused the same document to be deposited in the mail to the following

1 | person:

2 |     Ayne Majul
    Law Offices of Ayne Majul
3 |     PO Box 1476
    2720 East Plaza Boulevard
4 |     Suite O
    National City, CA 91951

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this Day of **August 13, 2008**

                                          s/ Steve B. Chu
                                          STEVE B. CHU