UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MAGSANOC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF THE UNITED STATES ) <br> NAVY, JAMES DOYLE, JR. ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | Civil Case No. 07CV02046-H-POR <br><br> ORDER GRANTING EX PARTE MOTION TO SET TIME TO RESPOND |

    The government has certified that James Doyle was acting within his scope of federal employment at all times relevant to this case. (Doc. No. 10.) Therefore, according to statute, "the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(1). Accordingly, the Court grants the government's ex parte motion regarding the time to respond. The responsive pleading for the Federal Defendants to Plaintiff's Complaint shall be due 60 days from the date that the United States is properly served with Plaintiff's Complaint.

DATED: August 13, 2008

                                          *Marilyn L. Huff*

                                    JUDGE OF THE DISTRICT COURT